RE: MANDAMUS

80,357-04 0

This document contains some pages that are of poor quality at the time of imaging.

CAUSE NO. 76561

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 21 2015
Abel Acosta, Clerk

DEAR COURTS,

I BRIAN DORSEY, REALATOR ASSERTS THAT I HAVE BEEN INSTRUCTED BY THE CRIMINAL COURT OF APPEALS ON 2-11-15 # WR-80-357-03 THAT I MY HABEAS RELIEF SHOULD BE DIRECTED TO THE 314 DISTRICT COURT AT THE FAMILY LAW CENTER, JUVENILE DIVISION AT 1200 CONGRESS 5TH FLOOR HOUSTON, TX. 77002.

ON 3-2-15 AT 10:40 AM MY HABEAS CORPUS REACHED THE FAMILY COURTS BY CERTIFIED MAIL # 7008-1140-0004-9224-8336 WAS SIGNED AT THE TIME ABOVE IN ROUTE TO COORDINATOR MICHEAL MILLIARD AND AS OF THIS DATE 4-15-15 I HAVE RECIEVED NO RESPONSE TO THE MATTER I AM ENCLOSING THE TRACKING PAPER AS MY EVIDENCE THAT IT REACHED IT'S DESTINATION I HAVE EXAUSTED ALL REMEDIES AVAILABLE TO ME AND TO NO AVAIL HAS AN ANSWER OR RELIEF BEEN GIVEN.

THANK YOU.

Brian Dorsey
4-15-15

1313 County Rd 19
LAMESSA TX
79331

CAUSE NO. 76561

BRIAN D. DORSEY

TDCJ-ID# 720821
V.
Relator

MICHEAL MILLARD County D~~istrict~~ Coordinator ~~CLERK~~
Respondent

IN THE 314 JUDICAL
FAMILY LAW CENTER
Juv. Div 5th
Floor

HARRIS COUNTY, TEXAS

A. PLAINTIFF'S ORIGNAL APPLICATION FOR WRIT
OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, BRIAN D. DORSEY, RELATOR, PRO SE
IN THE ABOVE-STYLED AND NUMBERED CAUSE OF ACTION
AND FILES THIS ORIGNAL APPLICATION FOR WRIT OF
MANDAMUS, PURSUANT TO ARTICLE 11.07 SECTION 3 (C)
OF THE TEXAS CODE OF CRIMINAL PROCEDURE AND WOULD
SHOW THE COURT THE FOLLOWING

B. RELATOR

1.01 BRIAN DORSEY, TDCJ# 720821 IS AN OFFENDER
INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL

Justice And Is Appearing Pro Se, Who Can Be Located At Smith Unit 1313 County Road 19, Lamesa, Tx. 79331

1.02 Relator Has Exhausted His Remedies And Has No Other Adequate Remedy At Law

1.03 The Act Sought To Be Compelled Is Ministerial, Not Discretionary In Nature. TCCP Art. 11.07 Section 3(C) Requires Respondent To Immediately Transmit To The Court Of Criminal Appeals A Copy Of The Application For Writ Of Habeas Corpus, Any Answers Filed, And A Certificate Reciting The Date Upon Which That Finding Was Made, If The Convicting Court Decides That There Are No Issues To Be Resolved. No Copy Of The Application For Writ Of Habeas Corpus Any Answer Filed, And A Certificate Reciting The Date Upon Which That Finding Was Made Have Been Transmitted To The Court Of Criminal Appeals. Had Such Documents Been Transmitted To The Court Of Criminal Appeals By Respondent As Required By Statute, Relator Would Have Received Notice From The Court Of Criminal Appeals.

## II

C. Respondent

2.01 Respondent, Micheal Millard In Her/His Capacity As District Coordinator ~~Clerk~~ Of Harris County, Texas Has A

Ministerial Duty To Receive And File All Papers In A Criminal Proceeding, And Perform All Others Duties Imposed On The Clerk By Law Pursuant To TCCP Art. 2.21, And Is Responsible Under TCCP 11.07 Sec. 3 (C) To Immediately Transmit To The Court Of Criminal Appeals A Copy Of The Application For Writ Of Habeas Corpus, Any Answers Filed, And A Certificate Reciting The Date Upon Which That Finding Was Made If The Convicting Court Decides That There Are No Issues To Be Resolved. Micheal Millard, District Clerk, Harris County May Be Served At Her/His Place Of Business At 1200 Congress, 5th Floor Houston, Texas 77002 Court 314 Family Law Center (Juv. Division)

## III

D. Violation Of Article 11.07 Section 3 (C) Of The Texas Code Of Criminal Procedure By Failing To Provide A Copy Of The Application For Writ Of Habeas Corpus, Any Answers Filed, And A Certificate Reciting The Date Upon Which That Finding Was Made To The Court Of Criminal Appeals Within The Time Prescribed By Law And Within A Reasonable Time From The Date On Which The Documents Were Requested To Be Transmitted.

3.02 Requests For The Transmittal Of The Application

FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE WERE MADE BY RELATOR TO MICHEAL MILLARD, DISTRICT ~~CLERK~~ Coordinator, HARRIS COUNTY, BY CERTIFIED MAILED LETTERS DATED 3/2/2015; 10/40/AM; PURSUANT TO ARTICLE TO 11.07 SECTION 3 (C) OF THE CODE OF CRIMINAL PROCEDURE. TRUE AND ACCURATE COPIES OF THE ABOVE LETTERS ARE ATTACHED HERETO AS EXHIBITS "A" THROUGH "___" AND ARE INCORPORATED BY REFERENCE HEREIN FOR ALL PURPOSES.

3.03 TO DATE RELATOR HAS RECEIVED NO RESPONSE FROM RESPONDENT REGARDING RELATOR'S REQUEST FOR TRANSMITTAL OF A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWER FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE TO THE COURT OF CRIMINAL APPEALS.

3.04 AS IS CLEAR FROM RELATOR'S LETTERS, RELATOR HAS REPEATEDLY PUT RESPONDENT ON NOTICE THAT RELATOR SEEKS THE TRANSMITTAL OF A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWER FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE TO THE COURT OF CRIMINAL APPEALS AND THAT SUCH RECORDS ARE REQUIRED BY THE COURT OF CRIMINAL APPEALS TO ACT ON RELATOR'S WRIT OF HABEAS CORPUS. RELATOR HAS GONE WELL BEYOND ANY REQUIREMENTS OR OBLIGATIONS IMPOSED UPON HIM BY THE TEXAS CODE OF

CRIMINAL PROCEDURE. IN CONTRAST TO RELATOR'S EFFORTS, RESPONDENT HAS WHOLLY FAILED TO COMPLY WITH THE TEXAS CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07 SECTION 3 (C), IS ACTING IN BAD FAITH, AND HAS ALSO FAILED TO AFFORD RELATOR THE PROFESSIONAL AND COMMON COURTESY OF ANY WRITTEN RESPONSES TO HIS CORRESPONDENCE AND REQUESTS.

3.05 ARTICLE 11.07 SECTION 3(C) CLEARLY STATES THAT "IF THE CONVICTING COURT DECIDES THAT THERE ARE NO SUCH ISSUES, THE CLERK SHALL IMMEDIATELY TRANSMIT [EMPHASIS ADDED] TO THE COURT OF CRIMINAL APPEALS A COPY OF THE APPLICATION ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE. FAILURE OF THE COURT TO ACT WITHIN THE ALLOWED 20 DAYS SHALL CONSTITUTE SUCH A FINDING." TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 11.07 SEC. 3(C). RESPONDENT IS IN VIOLATION OF THIS PROCEDURE, MINISTERIAL DUTIES, AND THUS THE LAWS OF THIS STATE.

## IV

D. PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, RELATOR, BRIAN D. ~~MICHEAL MILLARD~~, PRO SE, RESPECTFULLY REQUESTS A FINDING THAT THE RESPONDENT DID NOT TRANSMIT DOCUMENTS TO THE COURT OF CRIMINAL APPEALS WITHIN

A Reasonable Time After The Date They Were Requested And That Relator Brought This Litigation In Good Faith And Has Substantially Prevailed. Relator Prays For An Order Directing Respondent To Transmit Copy Of The Application For Writ Of Habeas Corpus, Any Answers Filed, And A Certificate Reciting The Date Upon Which That Finding Was Made To The Court Of Criminal Appeals As Directed In Article 11.07 Section 3(C) Of The Texas Code Of Criminal Procedure And As Requested In Relator's Letters (Exhibits "A" Through "____")

Respectfully Submitted,

By: BRIAN D. DORSEY

4-15-15

1313 County Rd 19
Lamessa Tx 79331

THE STATE OF TEXAS
COUNTY OF __HARRIS__

E. AFFIDAVIT

     I SWEAR UNDER OATH THAT THE FACTS AND ALLEGATIONS IN THE ABOVE APPLICATION FOR WRIT OF MANDAMUS ARE TRUE AND CORRECT.

                 __BRIAN D. DORSEY__
                    RELATOR

SIGNED UNDER OATH BEFORE ME, ON THIS THE _____ DAY OF _____ , 20____ .

                       _____

                       _____

          MY COMMISSION EXPIRES _____

F. CERTIFICATE OF SERVICE

     I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE APPLICATION FOR WRIT OF MANDAMUS WAS SERVED ON __4-15-15__ VIA Smith unit - BY PLACING A COPY IN THE U.S. MAIL ADDRESSED TO: __C.C.A. P.O. Box 12308 capitol st.__ ON THIS THE __15__
           Austin Tx 78711

DAY OF ____APRIL____ 20 _15_ .

_____
RELATOR

CAUSE NO. 76561

Brian Dorsey

TDCJ-ID 720821
Relator

MICHEAL MILLARD
Respondent

V.

IN THE 314 JUDICIAL

FAMILY LAW CENTER
Juvenile Division

DISTRICT COURT OF
HARRIS CO.

MICHEAL MILLARD COUNTY DISTRICT CLERK COORdinator
IN HER/HIS OFFICAL CAPACITY, RESPONDENT

HARRIS COUNTY, TEXAS

ORDER

ON THIS DAY, CAME ON TO BE HEARD THE FOREGOING RELATOR's APPLICATION FOR WRIT OF MANDAMUS AND IT APPEARS TO THE COURT THAT THE SAME SHOULD BE:

_____

IT IS THEREFORE ORDERED THAT THE DISTRICT CLERK SHALL IMMEDIATELY TRANSMIT TO THE COURT OF CRIMINAL APPEALS A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT TRANSMITTAL WAS MADE.

SIGNED ON THIS THE _____ DAY OF

_____ , 20 _15_ .

_____
PRESIDING Judge

# Product Tracking & Reporting


UNITED STATES
POSTAL SERVICE ®

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | April 01, 2015 |

## USPS Tracking Intranet Tracking Number Result

**Result for Domestic Tracking Number 7008 1140 0004 9224 8336**

| Destination and Origin |
|---|

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 77002 | HOUSTON | TX |

**Origin**

| City | State |
|---|---|

### Tracking Number Classification

**Class/Service**

| | |
|---|---|
| Class/Service: | Certified Mail |
| Class of Mail Code/Description: | -1 / Unknown |

### Extra Services

**Extra Services Details**

| Description | Amount |
|---|---|
| Certified Mail | |

### Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED | 01 | 03/02/2015 | 10:40 | HOUSTON, TX 77002 | Scanned | IMD 14220D82C8 (interface type - wireless) | Scanned by route 7002C016 | 03/02/2015 10:52:59 | View Delivery Signature and Address<br>Facility Finance Number: 481376<br>Request Delivery Record<br>GEO Location Data Available |

Enter up to {0} items separated by commas.

Select Search Type: Quick Search    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 3.2.1.0

$Exibit - A$

## Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE** ®

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | April 01, 2015 |

### USPS Tracking Intranet

### Delivery Signature and Address

**Tracking Number: 7008 1140 0004 9224 8336**

**This item was delivered on 03/02/2015 at 10:40:00**

< Return to Tracking Number View



| Signature | Signature X | |
|---|---|---|
| | Printed Name | Daniel |
| Address | Delivery Address | |

Enter up to {0} items separated by commas.

Select Search Type: Quick Search ▼    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 3.2.1.0

